UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STACEY BLOUNT | CIVIL ACTION NO. |
| v. | SECTION |
| MURPHY OIL USA, INC., AND LIBERTY MUTUAL INSURANCE COMPANY | JUDGE |
| | MAGISTRATE |

**NOTICE OF REMOVAL**

**NOW INTO COURT**, through undersigned counsel, comes Defendants, Murphy Oil USA, Inc. and Liberty Mutual Insurance Company (collectively referred to as "Defendants"), which remove the action entitled "*Stacey Blount v. Murphy Oil USA, Inc, and Liberty Mutual Insurance Company*" Docket No. 134906B, from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, to the United States District Court for the Middle District of Louisiana, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, *et seq.*[1] In support hereof, Defendants aver as follows:

---

[1] Defendants do not intend to waive any defenses or objections by filing this Notice of Removal. Defendants reserve the right to assert any and all defenses available to them before or with their responsive pleadings and are specifically reserving to the right to bring a motion to dismiss Plaintiff's Petition, as appropriate.

## GROUNDS FOR REMOVAL

**1.**

This Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1332 and 28 U.S.C. §§ 1441, 1446 because complete diversity exists between Plaintiff and Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## BACKGROUND AND PROCEDURAL HISTORY

**2.**

On August 26, 2022, Plaintiff, Stacey Blount, filed the lawsuit entitled "*Stacey Blount v. Murphy Oil USA, Inc, and Liberty Mutual Insurance Company*" Docket No. 134906B, from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

**3.**

Plaintiff requested service on Defendants in her Petition for Damages. Citations were issued on August 29, 2022.

**4.**

On or about September 1, 2022, Plaintiff served the Petition for Damages on Murphy Oil USA, Inc.'s agent for service of process.

**5.**

In her Petition for Damages, Plaintiff alleges she sustained injuries while on the premises of Murphy Oil USA, Inc., when her toe was cut by a door swung open by another customer.

## THE PARTIES ARE COMPLETELY DIVERSE

**6.**

Based on the allegations contained in Plaintiff's Petition for Damages, Plaintiff is a resident of, and domiciled in, Ascension Parish, State of Louisiana. Accordingly, Plaintiff is a Louisiana citizen for purposes of diversity jurisdiction.

**7.**

Defendant, Murphy Oil, USA, Inc. is a Delaware corporation with its principal place of business in Arkansas. Thus, Murphy Oil USA, Inc. is a citizen of the States of Delaware and Arkansas for purposes of diversity jurisdiction.

**8.**

Defendant, Liberty Mutual Insurance Company is a Massachusetts corporation with its principal place of business in Massachusetts. Thus, Liberty Mutual Insurance Company is a citizen of the State of Massachusetts for purposes of diversity jurisdiction.

**9.**

Accordingly, the parties are completely diverse pursuant to 28 U.S.C. § 1332.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

**10.**

In her Petition for Damages, Plaintiff has pleaded an amount in controversy exceeding $75,000.00.

**11.**

Because the parties are completely diverse, and the amount in controversy exceeds $75,000, exclusive of interest and costs, this Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332.

## DEFENDANTS' NOTICE OF REMOVAL IS TIMELY

**12.**

Plaintiff filed her Petition for Damages on August 26, 2022.

**13.**

Defendant, Murphy Oil USA, Inc., was served with Plaintiff's Petition for Damages on September 1, 2022.

**14.**

Generally, a defendant must file a notice of removal within 30 days of service of the petition when it is "facially apparent" from the Petition that the case is removable. *See Manieri v. CR England, Inc.*, No. 19-2805, 2019 WL 2022535, at *2 (E.D. La. May 8, 2019) (citing 28 U.S.C. § 1446(b)). However, "if the case stated by the initial pleading is not removable," the defendant may remove the case within 30 days of receiving a copy of "an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." *Id*. (quoting 28 U.S.C. § 1446(b)(3)).

**15.**

Defendants' Notice of Removal is filed within 30 days of service of Plaintiff's Petition for Damages.

**16.**

Accordingly, Defendants' notice of removal is timely.

**VENUE IS PROPER**

**17.**

28 U.S.C. § 1441(a) provides that a civil action brought in state court may be removed to the district court of the United States for the district and division embracing the place where such action is pending.

**18.**

The Federal District Court for the Middle District of Louisiana is the district and division embracing the 23rd Judicial District Court for the Parish of Ascension. Accordingly, the Federal District Court for the Middle District of Louisiana is the proper venue for removal.

**OTHER MATTERS**

**19.**

In accordance with the provisions of 28 U.S.C. § 1446(a), Defendants attach to this Notice of Removal, a true and correct copy of all process, pleadings, and orders filed in the matter entitled "*Stacey Blount v. Murphy Oil USA, Inc, and Liberty Mutual Insurance Company*" Docket No. 134906B, from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana. *See Exhibit 1*. Additionally, as required by Local Rule 3.2, a list of all parties remaining in the action is attached hereto as Exhibit 2.

**20.**

Written notice of the filing of this Notice of Removal will be given to Plaintiff, as required by the provisions of 28 U.S.C. § 1446(d).

**21.**

A true and correct copy of this Notice of Removal will be filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, as required by the provisions of 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendants Murphy Oil USA, Inc. and Liberty Mutual Insurance Company, hereby remove this action to the United States District Court for the Middle District of Louisiana.

Respectfully submitted:

_____
Michael A. McGlone (#9318)
Georgia N. Ainsworth (#35022)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
(504) 585-3050

*Attorneys for Defendants, Murphy Oil USA, Inc. and Liberty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 20th day of September, 2022. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or U.S. Mail.