23RD JUDICIAL DISTRICT COURT FOR THE PARISH OF ASCENSION

STATE OF LOUISIANA

RECEIVED AND FILED
BRIDGET HANNA
CLERK OF COURT

NO. 134906   STACEY BLOUNT

2022 AUG 26 PM 1:11

VERSUS

Y. CLERK & RECORDER
ASCENSION PARISH, LA

MURPHY OIL USA, INC. AND
LIBERTY MUTUAL INSURANCE COMPANY

FILED: _____   DEPUTY CLERK: _____ **DIVISION B**

## PETITION FOR PERSONAL INJURY DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, STACEY BLOUNT, a person of the age of majority domiciled in Ascension Parish, State of Louisiana who respectfully represents as follows:

1.

Made defendants herein are MURPHY OIL USA, INC. a foreign corporation based in Eldorado, Arkansas authorized to do and doing business in this parish and state under the trade names MURPHY USA and MURPHY EXPRESS the owner/operator of the gas station convenience store where plaintiff's accident occurred; and LIBERTY MUTUAL INSURANCE COMPANY a foreign insurance company authorized to do and doing business in this parish and state.

2.

At all times material hereto the plaintiff alleges that defendant, MURPHY OIL USA, INC.. was the owner and operator of a convenience store located at 209 Louisiana Highway 30 West in Gonzales, Louisiana and that a hazardous condition of that property caused plaintiff's injuries. As such, MURPHY OIL USA, INC.. and its insurer, LIBERTY MUTUAL INSURANCE COMPANY are proper parties defendant to this action.

3.

That on August 26, 2021 the plaintiff was entering the Murphy Express Store in Gonzales as a customer just as another customer was leaving the store. The man leaving the store swung open the glass front door causing the bottom of the door to strike the right foot of the plaintiff who was wearing sandals. The bottom of the glass door had a razor sharp metal edge which severed the tip of her second toe and also cut her big toe and middle toe. She reported her injury immediately to employees of the store who told her to get out because she

was bleeding on their floor.

4

That the sole and proximate cause of the plaintiff's injuries was the gross negligence of the defendant, MURPHY OIL USA, INC.. and it's employees in that they:

1) Failed to maintain their store, particularly the door which members of the public, including the plaintiff, used to access the building in a safe condition;

2) Allowed a heavily used public access door to have a dangerous defect;

3) Failed to inspect and repair defects in its property;

4) Failed to render assistance to the plaintiff after she was injured;

5) Acted with callous disregard for the safety of the general public, and more particularly of the plaintiff herein

All of which aforementioned acts of negligence are in violation of the laws of the State of Louisiana and the ordinances and codes of the Parish of Ascension and the town of Gonzales which are pleaded herein as if copied in extenso.

5.

As a result of the accident and the gross negligence of the defendant which occurred on August 26, 2022 the plaintiff has suffered the following injuries:

1) Loss of a portion of her second toe on her right foot;

2) Impairment of her ability to walk without limping;

3) Lacerations to her big toe, second toe and middle toe on her right foot;

4) Permanent scarring and disfigurement of her toes;

5) Infection in her toes and right foot;

6) Damage to the nerves in the toes of her right foot;

7) Pain and suffering, embarrassment and mental anguish;

8) Medical expenses

9) Medication Expenses

10) And other injuries both physical and psychological the extent of which will be revealed at trial.

6.

Plaintiff Stacey Blount itemizes her damages as follows:

1) Medical Expenses                $1,500.00

| | |
|---|---|
| 2) Medication expenses | 200.00 |
| 3) Permanent scarring and disfigurement | $20,000.00 |
| 4) Impairment of gait | $50,000.00 |
| 5) Pain and Suffering | $100,000.00 |

Plaintiff, Stacey Blount further prays for such further damages as are reasonable in the premises.

7.

Plaintiff avers amicable demand without avail.

8.

WHEREFORE, plaintiff STACEY BLOUNT prays that after due proceedings are had, their be judgment herein in her favor and against the defendants, MURPHY OIL USA, INC. and LIBERTY MUTUAL INSURANCE COMPANY individually, severally and in solido, together with all costs of these proceedings and legal interest from the date of judicial demand and for all other general and equitable relief deemed necessary and proper by this Honorable Court.

Respectfully submitted:

_____
JOHN H. THOMAS (15056)
ANTHONY J. ENGOLIA, III (17558)
Attorneys for Plaintiff, STACEY BLOUNT
3524 Canal Street
New Orleans, Louisiana 70119
(504) 588-1110
johnthomasJHTlaw@gmail.com

PLEASE SERVE:

MURPHY OIL USA, INC..
Through its registered agent for service of process:
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

Liberty Mutual Insurance Company
through the Louisiana Secretary of State
c/o ~~The Sheriff of East Baton Rouge Parish~~
~~P.O. Box 3277~~
Baton Rouge, Louisiana 70821
Tel. (225) 389-4824

[handwritten: 8549 United Plaza Blvd, Baton Rouge, LA]